UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| ELECTRICAL WORKERS LOCAL 369 BENEFIT FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WCT SERVICES LIMITED, INC., <br><br> Defendant. | Civil Action No. 3:18-cv-513-CHB <br><br> **JUDGMENT** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Order entered contemporaneously, the Court **ADJUDGES** as follows:

The Court enters **DEFAULT JUDGMENT** in favor of Plaintiffs and against Defendant and awards damages as follows:

1. Plaintiff Electrical Workers Local 369 Benefit Fund is awarded judgment against Defendant in the amount of $101,365.08;

2. Plaintiff Electrical Workers Local 369 Retirement Fund is awarded judgment against Defendant in the amount of $56,742.28;

3. Plaintiff National Electrical Benefit Fund is awarded judgment against Defendant in the amount of $10,086.66;

4. Plaintiff Louisville Electrical Joint Apprenticeship & Training Committee is awarded judgment against Defendant in the amount of $8,842.90;

5. Plaintiff Louisville Electrical Labor-Management Cooperate Committee Trust Fund is awarded judgment against Defendant in the amount of $1,408.29;

6. Plaintiff International Brotherhood of Electrical Workers Local Union No. 369 is awarded judgment against Defendant in the amount of $11,785.22;

7. Plaintiffs are awarded judgment against Defendant in the amount of $8,500 for reimbursement of reasonable and necessary audit fees incurred by Plaintiffs in order to determine the extent of Defendant's obligation; and

8. Plaintiffs are awarded judgment against Defendant in the amount of $26,120.25, for their reasonable attorney's fees expended in the prosecution of this action.

9. The judgments shall bear interest at the statutory rate;

10. This is a final and appealable Order, resolving all claims; and

11. The Court **DIRECTS** the Clerk to strike this matter from its active docket.

This the 16th day of September, 2020.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY